-1-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HARVINDER PUJJI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Cause No. 4:13-cv-00555-CAS |
| | ) |
| BUCK'S, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Harvinder Pujji, by and through counsel, and advises the Court that the parties have settled this matter.  Plaintiff is awaiting payment of settlement funds expected within the next week, and upon receipt will dismiss this case.

/S/ Craig A, Smith
Craig A. Smith, (Mo #27330)
Polsinelli PC
100 S. 4th Street, Suite 1000
St. Louis, MO 63102
(314) 889-7053
(314) 622-6753-Fax
Csmith@ polsinelli.com

-1-

-2-

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 3rd day of June, 2013, the foregoing was filed via ECF to the below counsel of record for Defendant:

F. Scott Galt
Armstrong Teasdale LLP
7700 Forsyth Blvd, Suite 1800
St. Louis, MO 63105

Benjamin W. Hulse
Emily A. Babcock
Blackwell Burke P.A.
431 S. 7th Street, Suite 2500
Minneapolis, MN 55451

                                                 /S/ Craig A. Smith

051424/111189-593300.5